UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. RANDE LAZAR, et al._, <br><br>      Plaintiffs, <br><br>      v. <br><br>OFFICE OF PERSONNEL MANAGEMENT, <br><br>      Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 05-1370 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

On July 11, 2005, the plaintiffs filed this action challenging a final agency action of the Office of Personnel Management, which has resulted in the plaintiffs' suspension as providers of health care services under the Federal Employees Health Benefits Program. However, since filing the complaint, the plaintiffs have made no effort to pursue prosecuting the above-captioned case. Accordingly, it is hereby this 21st day of December, 2005

**ORDERED**, that the plaintiffs shall show cause by January 6, 2006, why this case should not be dismissed for want of prosecution. Failure to respond to this order will result in the above captioned case being dismissed.

    **SO ORDERED.**


                                                                        REGGIE B. WALTON
                                                                   United States District Judge