**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

DR. RANDE LAZAR, et al.                    )
                                           )
                                           )
          Plaintiffs,                      )
                                           )
     v.                                    )     Civil Action No. 05-1370 (RBW)
                                           )
OFFICE OF PERSONNEL                        )
MANAGEMENT,                                )
                                           )
          Defendant.                       )
                                           )
_____   )

**ORDER**

The parties appeared before the Court on February 6, 2006, for a scheduling conference.

Based upon the discussions at this hearing, it is on this 6th day of February, 2006, hereby

**ORDERED** that

(1)     The defendant shall file and serve a copy of the certified administrative record by
        February 20, 2006.

(2)     The plaintiffs shall file a motion for summary reversal by March 17, 2006.  The
        defendant shall file a motion for summary affirmance by April 17, 2006, and the
        plaintiffs shall file any reply thereto by April 28, 2006.

(3)     A status conference shall be held on August 4, 2006 at 9:00 a.m. in Courtroom 5
        at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue,
        N.W., Washington, D.C. 20001.

**SO ORDERED.**

                                        REGGIE B. WALTON
                                        United States District Judge