UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. RANDE LAZAR, et al,                    )
                                           )
                    Plaintiffs,            )
                                           )
                                           )
-v-                                        )        Civil Action No. 05-1370 (RBW)
                                           )
OFFICE OF PERSONNEL                        )
MANAGEMENT,                                )
                                           )
                    Defendant.             )
_____)

ENTRY OF APPEARANCE

The Clerk will please enter the appearance of Assistant United States Attorney Doris

Coles-Huff as the attorney for the defendant, Office of Personnel Management.

Respectfully submitted,

/ S /

DORIS COLES-HUFF,  D.C. Bar #461437
Assistant United States Attorney
555 Fourth Street, N.W., E-4216
Washington, D.C.  20530
202. 514-7170

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February, 2006, a copy of the foregoing entry of

appearance was served via the Court's Electronic case filing system on:

Mary Elizabeth Gately, Esq.
Piper Rudnick LLP
1200 19th Street, N.W.
Washington, D.C.  20036

/ S /
DORIS COLES-HUFF,  D.C. Bar #461437
Assistant United States Attorney