UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. RANDE H. LAZAR, et al, )<br>)<br>Plaintiffs, )<br>)<br>)<br>-v- )<br>)<br>OFFICE OF PERSONNEL )<br>MANAGEMENT, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1370 (RBW) |

NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant hereby advises the Court that it will file its Administrative Record in the Clerk's office in CD-ROM format.

Respectfully submitted,
/ S /
DORIS COLES-HUFF,  D.C. Bar #461437
Assistant United States Attorney
555 Fourth Street, N.W., E-4216
Washington, D.C.  20530
202. 514.7170

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February, 2006, a copy of the foregoing notice of filing of the administrative record, together with a copy of the administrative record, was served by first class mail, postage prepaid on:

>Mary Elizabeth Gately, Esq.
>Piper Rudnick LLP
>1200 19th Street, N.W.
>Washington, D.C.  20036

/ S /
DORIS D. COLES-HUFF, D.C. Bar # 461437
Assistant United States Attorney