UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DR. RANDE LAZAR, et al, <br><br> Plaintiffs, <br><br> v. <br><br> OFFICE OF PERSONNEL MANAGEMENT, <br><br> Defendant. | Civil Action No. 05-1370 (RBW) |

## CONSENT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs Dr. Rande Lazar, et al, ("Plaintiff" or "Dr. Lazar"), through counsel, with the consent of defendant Office of Personnel Management ("Defendant" or "OPM"), move for an order modifying the deadlines in the Order (the "Scheduling Order") entered on February 7, 2006, and states as follows:

1.  On July 11, 2005, Dr. Lazar initiated this action by filing a Notice of Appeal of final agency action by OPM which resulted in the suspension of Dr. Lazar as a provider under the Federal Employees Health Benefits Program.

2.  After a scheduling conference on February 6, 2006, the Court ordered that

    (a) OPM file and serve a copy of the certified administrative record by February 20, 2006;

    (b) Dr. Lazar file a motion for summary reversal by March 17, 2006, Defendant file a motion for summary affirmance by April 17, 2006, and Dr. Lazar file any reply thereto by April 28, 2006.

3. On or about February 17, 2006, OPM filed a Certification by the custodian of the documents pertaining to the suspension of Dr. Lazar that the documents submitted therewith constituted the full and accurate record of such proceedings (the "Certified Record").

4. Plaintiff received its service copy of the Certified Record on February 21, 2006.

5. On February 22, 2006, counsel for Dr. Lazar wrote a letter (the "February 22, 2006 Letter") to OPM's counsel inquiring about additional documents to be added to the Certified Record.

6. Counsel for OPM advised Dr. Lazar's counsel on March 2, 2006 that she had provided the February 22, 2006 Letter to OPM for review and that she had not yet received a response from OPM.

7. Dr. Lazar's deadline for filing a motion for summary reversal of March 17, 2006 is now two weeks away. In light of the review of the record and the possibility that the record may be supplemented, Dr. Lazar submits that an extension of the briefing deadlines is appropriate.

8. Due to scheduling concerns, including Plaintiff's counsel's litigation schedule in April, Plaintiff requests that the time period for Dr. Lazar to file his motion for summary reversal be extended until May 1, 2006. The requested schedule would include the following deadlines:

   a. Plaintiff's motion for summary reversal: May 1, 2006

   b. Defendant's motion for summary affirmance: June 1, 2006

   c. Plaintiff's reply (if any): June 15, 2006

9. This is the first request for an extension of the existing deadlines.

10. Defendant consents to the relief requested in this Motion.

WHEREFORE, Plaintiff requests that the Court grant this Motion and modify the February 7, 2006 Order to extend the deadlines as set forth herein.

Respectfully submitted,

*Mary E. Gately*
Sheldon Krantz, DC Bar No. 424546
Mary E. Gately, DC Bar No. 419151
**DLA Piper Rudnick Gray Cary US LLP**
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
Telephone: (202) 861-3900
Facsimile: (202) 223-2085

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consent Motion to Amend Scheduling Order has been served by regular U.S. mail on this 3rd day of March 2006 or has been served electronically upon the following parties:

Doris Denise Coles-Huff
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

*Mary E. Gately*
Mary E. Gately

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DR. RANDE LAZAR, et al, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>OFFICE OF PERSONNEL )<br>MANAGEMENT, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1370 (RBW) |

**AMENDED SCHEDULING ORDER**

Upon consideration of the Consent Motion to Amend Scheduling Order (the "Joint Motion"), there being good cause shown, it is on this ___ day of March, 2006, hereby **ORDERED** that:

(1) The Consent Motion shall be and hereby is **GRANTED**;

(2) The Plaintiffs shall file a motion for summary reversal by May 1, 2006;

(3) The Defendant shall file a motion for summary affirmance by June 1, 2006; and

(4) The Plaintiffs shall file any reply thereto by June 15, 2006.

**SO ORDERED.**


_____
REGGIE B. WALTON
United States District Judge

Copies to:


Mary E. Gately, DC Bar No. 419151
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412


Doris Denise Coles-Huff
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530