UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. RANDE H. LAZAR, et al, )<br>)<br>Plaintiffs, )<br>)<br>)<br>-v-  )<br>)<br>OFFICE OF PERSONNEL )<br>MANAGEMENT, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1370 (RBW) |

NOTICE OF FILING SUPPLEMENT TO THE ADMINISTRATIVE RECORD

Defendant hereby lodges a supplement to the administrative record in the above-captioned case, which covers one (1) page numbered 000142. The 1-page supplement to the administrative record is being filed electronically as an exhibit to this notice.

Respectfully submitted,
/ S /
DORIS COLES-HUFF,  D.C. Bar #461437
Assistant United States Attorney
555 Fourth Street, N.W., E-4216
Washington, D.C.  20530
202. 514.7170

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2006, a copy of the foregoing notice of filing of supplement to the administrative record was served via the Court's Electronic Case filing System on:

        Mary Elizabeth Gately, Esq.
        Piper Rudnick LLP
        1200 19th Street, N.W.
        Washington, D.C. 20036

                / S /
        DORIS D. COLES-HUFF, D.C. Bar # 461437
        Assistant United States Attorney