April 13, 2005

MEMORANDUM FOR THE RECORD – DR. RANDE LAZAR

Per request by OPM suspending official (SO), after the April 11, 2005 oral presentation by Sheldon Krantz, counsel for Dr. Lazar, I contacted Mr. Larry Myers, DOJ Fraud Investigator to discuss information conveyed to us by Dr. Lazar and his attorney (Mr. Krantz) and to obtain the scheduled trial date.

I advised Mr. Myers that Dr. Lazar and his attorney contend that the allegations in the indictment relate to technical errors, i.e., use of wrong CPT codes, etc.); that not a single allegation in the indictment relates to patients' health and safety.

Mr. Myers stated that Dr. Lazar's trial is scheduled for April 16, 2006. He further stated that there is certainly more involved than just technical errors. He stated that several of the children's parents have filed civil suits (5 or 6) against Dr. Lazar as result of the allegations in the indictment. He also referred me back to the superseding indictment, stating that clearly the allegations deal with the necessity of operations on these patients, that in most cases, these procedures were performed on the children when their CT scans showed no signs of disease.

*Juan L. Smith*
Juan L. Smith
Senior Administrative Sanctions Analyst

000142