## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DR. RANDE LAZAR, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 05-1370 (RBW) |
| v. | ) | |
| | ) | |
| OFFICE OF PERSONNEL MANAGEMENT, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' MOTION TO SUPPLEMENT ADMINISTRATIVE RECORD

Plaintiffs Dr. Rande Lazar, et al, (together, "Plaintiff" or "Dr. Lazar"), through counsel, hereby move for an order supplementing the administrative record in this proceeding to add the January 20, 2004 Indictment (the "Original Indictment") upon which defendant Office of Personnel Management ("OPM") based its decision to suspend Plaintiffs as providers under the Federal Employees Health Benefits Program ("FEHBP"). A copy of the Original Indictment is attached hereto as Exhibit 1.

The grounds for this request are set forth in the accompanying Plaintiffs' Memorandum in Support of Motion to Supplement Administrative Record.

Respectfully submitted,

Sheldon Krantz, DC Bar No. 424546
William D. Weissman, DC Bar No. 083469
Mary E. Gately, DC Bar No. 419151
**DLA Piper Rudnick Gray Cary US LLP**

1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
Telephone: (202) 861-3900
Facsimile: (202) 223-2085

*Attorneys for Plaintiffs*

Dated:  May 1, 2006

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| DR. RANDE LAZAR, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 05-1370 (RBW) |
| v. | ) | |
| | ) | |
| OFFICE OF PERSONNEL MANAGEMENT, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF
MOTION TO SUPPLEMENT ADMINISTRATIVE RECORD**

Plaintiffs Dr. Rande Lazar, et al, ("Dr. Lazar"), through counsel, in support of their Motion to Supplement Administrative Record, respectfully state as follows:

1.      On February 4, 2005, OPM suspended Dr. Lazar from participating as a provider in the FEHBP.  OPM is required to indicate the basis for its suspension.  5 C.F.R. § 890.1033.  In the suspension letter, OPM stated that "the specific grounds for your suspension is your January 20, 2004 indictment filed in the United States District Court for the Western District of Tennessee."

2.      After Dr. Lazar contested this suspension, on May 12, 2005, OPM issued a decision, which constituted a final agency action, that the suspension should remain in effect pending the outcome of the judicial proceedings resulting from Dr. Lazar's indictment.

3.      On July 11, 2005, Dr. Lazar filed a timely Notice of Appeal pursuant to 5 U.S.C. § 8902a(b)(1).  Under this section, OPM was required to file "a certified copy of the transcript of

the record, if the Office conducted a hearing, and other evidence upon which the findings and decision complained of are based." *Id.*

4.     In this case, OPM's findings and decisions were based on the Original Indictment. *See* R.68 ("The specific grounds for your suspension is your January 20, 2004 indictment"); R.62 (same); R.3 (citing January 20, 2004 indictment as grounds for suspension); R.89 (reflecting that program analyst researched and retrieved a copy of the Original Indictment).[1]

5.     On February 17, 2006, OPM filed a copy of the administrative record. The administrative record does not contain the Original Indictment even though OPM (a) informed Dr. Lazar that his suspension was based on the Original Indictment and (b) OPM relied on the Original Indictment in suspending Dr. Lazar. Upon review of the administrative record, Dr. Lazar, through counsel, contacted OPM's counsel to inquire about items that did not appear in the record, including the Original Indictment, and requested that OPM supplement the record.

6.     OPM's counsel informed Dr. Lazar that the Original Indictment was not included in the administrative record because OPM did not rely on the Original Indictment when it suspended Dr. Lazar. According to OPM's counsel, OPM relied upon a Superseding Indictment (dated November 19, 2004), not the Original Indictment when it suspended Dr. Lazar. A copy of the Superseding Indictment is included in the administrative record (R.91-134).

7.     OPM's explanation is contrary to the statements in its own record that its findings and decision were based on the Original Indictment (dated January 20, 2004) and not the Superseding Indictment (dated November 19, 2004).

---

[1] "R" refers to the administrative record (including the supplement) filed by OPM.

8.      Because the notice to Dr. Lazar stated that his suspension was based on the Original Indictment, and because the record itself reflects that OPM relied upon the Original Indictment in reaching its decision, the Original Indictment should be added to the administrative record in this proceeding.

9.      Prior to filing this Motion, Dr. Lazar's counsel contacted OPM's counsel to inquire as to whether OPM would consent to supplementing the record to add the Original Indictment.  Counsel for OPM responded that it objects to supplementing the record to add the Original Indictment, but has no objection to the Court taking judicial notice of the Original Indictment pursuant to Fed. R. Evid. 201.

10.      Notwithstanding OPM's position, the Original Indictment should be a part of the administrative record since it is the stated basis for the suspension.  Basic principles of fairness dictate that Dr. Lazar should be allowed to address arguments related to his suspension with reference to the original indictment as part of the record.

11.      The Federal Employees Health Benefits Act, as amended, requires the agency to file with the Court "a certified copy of the transcript of the record, if the office conducted a hearing, and other evidence of which the findings and decision complained of are based." 5 U.S.C. §8902a(b)(1).  Whether or not the agency chooses to rely on the Original Indictment in this Court in defending its action to suspend Dr. Lazar, it obviously was part of the agency proceedings below because on three separate occasions the Agency referred to that indictment as the basis for its action.  *See* ¶4 *supra.*  It is therefore part of the administrative proceedings before the agency and is properly before this Court on judicial review.  Therefore, it should be part of the administrative record.  *Compare* Fed. R. App. P.¶16 (composition of administrative record in Court of Appeals judicial review cases includes (1) the order involved; (2) findings or report on

3

which the order is based, and (3) pleadings, evidence, and other parts of the proceedings before the agency).

WHEREFORE, Plaintiff requests that the Court grant this Motion and supplement the administrative record in this action by adding the Original Indictment, dated January 20, 2004.

Respectfully submitted,

Sheldon Krantz, DC Bar No. 424546
William D. Weissman, DC Bar No. 083469
Mary E. Gately, DC Bar No. 419151
**DLA Piper Rudnick Gray Cary US LLP**
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
Telephone: (202) 861-3900
Facsimile: (202) 223-2085

*Attorneys for Plaintiffs*

Dated:  May 1, 2006

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiffs' Motion to Supplement

Administrative Record and accompanying Memorandum have been served by regular U.S. mail

on this 1st day of May 2006 or has been served electronically upon the following parties:

>   Doris Denise Coles-Huff
>   Office of the United States Attorney
>   555 4th Street, N.W.
>   Washington, D.C. 20530

William R. Weissman

# EXHIBIT 1



# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,                      )
                                               )
                        Plaintiff,             )
                                               )
vs.                                            )   Case No. 04-20017 D V
                                               )
                                               )   Cts. 1-115:  18 U.S.C. § 1347
RANDE LAZAR, d/b/a                             )                18 U.S.C. § 2
OTOLARYNGOLOGY                                 )
CONSULTANTS OF MEMPHIS,                        )
                        Defendant.             )
_____          )

## INDICTMENT

The Grand Jury Charges:

### COUNT 1

At all times material to this indictment:

### INTRODUCTION

**DEFENDANT RANDE LAZAR**

1.      RANDE LAZAR received medical training, education and a degree from the

Unversidad  Autonoma De Guadalajara in Guadalajara, Mexico.  In 1984, the defendant

joined a medical practice in Memphis as a fellow in the practice's pediatric otolaryngology

fellowship program. In May 1985, the defendant was granted a Tennessee Medical license.

Rande Lazar is not a board certified otolaryngologist.

2.    RANDE LAZAR practiced as a physician at Otolaryngology Consultants of Memphis (OCM), a pediatric ear, nose and throat practice.   OCM operated at three locations, 791 Estate Place (East Memphis), 777 Washington Street (Downtown/Midtown Memphis) and 303 Tickle Street, Dyersburg, Tennessee.

3.    RANDE LAZAR's Physician Identification Number (PIN) is A97853.

## HEALTH CARE BENEFIT PROGRAM

4.    Section 24(b) of Title 18, United States Code, defines a "health care benefit program" (HCB Program)as "any public or private plan or contract, affecting commerce, under which any medical benefit, item, or service is provided to any individual, and includes any individual or entity who is providing a medical benefit, item, or service for which payment may be made under the plan or contract."   Health Care Benefit Programs (hereinafter "Programs") include Medicare, Medicaid, TennCare, CHAMPUS, TRICARE, and health insurance programs sponsored by private companies, among others, identified in each count of this Indictment.

## INSURANCE CLAIM FORMS – FORM CMS-1500 (formerly called HCFA 1500)

5.    A physician's request for payment to a health care benefit program is usually made on an Form CMS -1500 (hereinafter, Form 1500).  On each Form 1500 the physician must include this information in order to receive payment:  the diagnosis, date of service, procedure code, Physicians' Current Procedural Terminology code (hereinafter, CPT), type of services provided, charges, name of physician providing the

2

services, and a designation of the selected method of payment.  Upon receipt of Form 1500 from the physician's office, health care benefit programs process the claims for payment and issue checks.

6.    Field 31 of Form 1500 includes a "Provider Certification" that the following statements apply to the claims/bills submitted for payment:

"Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under the law and may be subject to civil penalties."

7.    Field 31 of Form 1500 includes a "Provider Certification" that the following statements apply to claims and bills submitted to Medicaid (TennCare in Tennessee):

" I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction."

" This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal and State laws."


## SERVICE AND DIAGNOSIS CODES

8.    The Form 1500 includes information documenting the service and diagnosis codes. The Physicians' Current Procedural Terminology, commonly known

3

as the CPT Code Book, contains  approximately 7,500 medical services and procedures performed by physicians in their specialty areas.

9.     The CPT Code book lists CPT code 31276 as the code describing frontal sinus surgery.  The purpose of the CPT Code Book is to provide a uniform language that describes medical, surgical and diagnostic services to promote nationwide communications among health care workers, physicians, patients and others. Health care benefit programs use the CPT codes to  track and to process medical claims received from physicians.

## PATIENT RECORDS

10.     Health care benefit programs are permitted to review documentation in a patient's file describing the services provided by the physician to a patient.  The health care benefit programs require physicians to keep written medical records which accurately and truthfully describe patient histories, pertinent findings and examination results, test results, and bona fide recommendations for services to be rendered to the patient.  These written medical records serve as documentary support for the Form 1500 claim submitted by a physician to the health care benefit programs.

## REPORT OF OPERATION (OPERATIVE NOTES)

11.     Surgeons are required to accurately record the details of their surgical procedures in a Report of Operation known as operative notes.  Operative notes should describe in detail the surgical activities that took place throughout the surgical

procedure. The notes are signed by the surgeon who performed the surgery, and must be true and accurate.

## OBLIGATIONS OF THE SURGEON

12.     <u>Surgical Indicators, Risks and Complications.</u>  Since 1988, The Academy of Otolaryngology, of which defendant RANDE LAZAR was and is a member, has published a reference with guidelines for surgery called the <u>Clinical Indicators Compendium</u>.  The Compendium identifies when surgical intervention is appropriate or recommended based on the following:  (1) subjective symptoms reported by the patient in the form of a history; (2) objective findings made by the physician based on a physical examination of the patient; (3) optimal medical therapy; and (4) diagnostic tests.  The Compendium instructs that surgery should be recommended only after it has been determined that medical therapy has been unsuccessful.  Additionally, prior to surgery, the surgeon must advise the patient of the recognized risks and complications of surgery, as well as the alternatives to surgery.

## BILLING FOR FRONTAL SINUS SURGERY: BACKGROUND INFORMATION

13.    Children are not born with frontal sinuses.  The frontal sinuses usually begin to develop around age seven or eight.

## UPCODING OFFICE VISITS: BACKGROUND INFORMATION

14.    "Upcoding" means that a claim was submitted for a service that was reimbursable at a higher rate than the service that was actually provided to the patient.

15.    The CPT code book provides specific guidelines to physicians on billing office visits, called Evaluation and Management (E/M) Services. The correct billing code is based on several components such as: patient history, examination, medical decision making, counseling, coordination of care, nature of the presenting problem and face-to-face time spent with the patient.

16.    When a physician performs and bills for certain surgeries, follow-up office visits have been included in the price of the surgery, and should not be billed again.

17.    Physicians must maintain proper documentation in each patient record to support the level of E/M service (hereinafter, office visit) provided to obtain payment from health care benefit programs.

## BILLING FOR SERVICES PROVIDED BY "FELLOWS": BACKGROUND INFORMATION

18.    OCM sponsored a pediatric otolaryngology (Ear, Nose and Throat) fellowship program which was principally operated by defendant RANDE LAZAR. The program was not accredited, nor was the program professionally recognized by any

6

educational establishment. The program offered a one-year sub-specialty training in pediatric otolaryngology.

19. Doctors who participated in the fellowship program were called "fellows." A "fellow" was a doctor who had completed his or her medical degree and residency. The fellows consisted of American as well as foreign educated and trained doctors. For their one-year participation in the fellowship program, fellows were paid approximately $30,000 to $40,000 a year.

20. Physicians, including the fellows, apply to Medicare to obtain a provider number which is a unique number assigned specifically to that physician. The physician's provider number is recorded on each Form 1500 submitted to health care benefit programs. The provider number allows the physician to be reimbursed for medical services provided to patients.

21. Physicians, including fellows, are required to use their own provider number to bill health care benefit programs. Also, they must go through a credentialing process with each health care benefit program before billing for their services. Physicians must complete a credentialing process to verify their educational training and background, to check for medical complaints and malpractice claims; and to determine whether the physician's license has been suspended or revoked. The health care benefit programs use this process to protect the quality of services provided to subscribers, beneficiaries, or members. For foreign physicians, the credentialing process determines whether medical education, training, and experience meet the program's standards.

22.    If the physician's background, education and training prevent the physician from passing the credentialing process, health care benefit programs would not pay for services provided to their subscribers, beneficiaries, or members.

## BILLING SCHEME TO DEFRAUD AND TO OBTAIN MONEY

Beginning at least as early as 1996, and continuing until at least the return of this Indictment, the exact dates being unknown to the Grand Jury, the defendant, RANDE LAZAR, devised, executed and attempted to devise and execute a scheme and artifice to defraud and to obtain money from health care benefit programs by submitting false and fraudulent claims for payment to health care benefit programs. The scheme to defraud and to obtain money was, in substance, as follows:

### FRONTAL SINUS SURGERIES BILLING

23.    It was part of the scheme and artifice to defraud that defendant RANDE LAZAR billed for performing frontal sinus surgery on over 100 children age five and younger, when in truth and in fact, as the defendant well knew, he did not perform frontal sinus surgery, nor was it medically necessary.

24.    It was further part of the scheme and artifice to defraud that the defendant RANDE LAZAR falsified and caused to be falsified Reports of Operation, commonly known as operative notes, to justify billing for frontal sinus surgery.

8

25.    It was further part of the scheme and artifice to defraud that the defendant RANDE LAZAR stated and caused to be stated in the operative notes that he performed surgery on the "frontal recess" to justify his billings of CPT code 31276.

26.    It was further part of the scheme and artifice to defraud that defendant RANDE LAZAR required child-patients to have CT scans (enhanced x-rays).

27.    It was further part of the scheme and artifice to defraud that defendant RANDE LAZAR did not disclose the Radiologists' findings with many of the parents of the child-patients.

28.    It was further part of the scheme and artifice to defraud that defendant RANDE LAZAR falsified the operative notes by stating and causing to be stated: "It should be noted throughout the procedure, there was more disease at the time of surgery than at the time of CT scan."

29.    It was further part of the scheme and artifice to defraud that defendant RANDE LAZAR required "fellows," licensed physicians who performed some of the surgery with him, to falsify operative notes.

## UPCODING OFFICE VISITS

30.    It was part of the scheme and artifice to defraud that defendant RANDE LAZAR typically saw 60-80 patients from 12:00 p.m. to 5:00 p.m. and billed CPT codes indicating that he had face-to-face visits with patients which lasted between 15 - 30 minutes.

9

31.    It was further part of the scheme and artifice to defraud that defendant RANDE LAZAR would use, and direct other employees to use, various methods to ensure that he was with a patient no more than 10 minutes.

32.    It was further part of the scheme and artifice to defraud that defendant RANDE LAZAR would bill, and cause to be billed, for office visits following surgery, knowing that follow up visits were already included in the reimbursement for surgery.

## BILLING FOR SERVICES PROVIDED BY "FELLOWS"

33.    It was part of the scheme and artifice to defraud that defendant RANDE LAZAR did not seek to have the fellows who participated in OCM's fellowship program credentialed by health care benefit programs.

34.    It was part of the scheme and artifice to defraud that defendant RANDE LAZAR billed for medical services, including surgeries, provided by fellows under his provider number, certifying that he provided the medical services.

35.    It was part of the scheme and artifice to defraud that defendant RANDE LAZAR required the fellows and OCM staff to list him on the operative notes as the surgeon who performed procedures, rather than the fellow who actually operated.

36.    It was further part of the scheme and artifice to defraud that once a fellow listed defendant RANDE LAZAR on the operative notes as the surgeon who performed the surgeries, defendant RANDE LAZAR signed or initialed the operative notes signifying that he performed the surgeries.

## DYERSBURG BILLING SCHEME

37.    It was part of the scheme and artifice to defraud that defendant RANDE LAZAR hired Dr. Freeman to treat patients in Dyersburg.

38.    It was part of the scheme and artifice to defraud that defendant RANDE LAZAR did not require Dr. Freeman to become credentialed.

39.    It was part of the scheme and artifice to defraud that defendant RANDE LAZAR directed his staff to use Dr. Ramzi Younis' name and provider number on Form-1500 claims for services provided by Dr. Gordon Freeman.

40.    It was further part of the scheme and artifice to defraud that defendant RANDE LAZAR continued to bill and caused OCM staff to bill the medical services of Dr. Freeman under Dr. Younis's name and provider number after Dr. Younis resigned from OCM, left the United States, and returned to Lebanon.


## EXECUTION OF THE BILLING SCHEME (FRONTAL SINUS)

41.    On or about February 28, 2001, in the Western District of Tennessee, the defendant.

-------------------------------- RANDE LAZAR --------------------------------------

did knowingly and wilfully execute, and attempt to execute, the aforesaid scheme and artifice to cefraud and to obtain money under the custody and control of Prudential Healthcare, a health care benefit program, by means of false and fraudulent pretenses, representations, and promises, in that he submitted and caused to be submitted a claim in connection with the delivery of and payment for health care benefits, items, and

11

services, that is, for adenoidectomy, right and left anterior and posterior

ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right/left

meatal antrostomy, out-fracture of inferior turbinates,  on a one year old patient, Jane

Doe 1, in the amount of $12,986, with $3,260 charged for frontal sinuses surgery; in

violation of Title 18, United States Code, Sections 1347 and 2.

## COUNTS 2- 63

### HEALTH CARE  FRAUD
#### EXECUTION OF THE BILLING SCHEME (FRONTAL SINUS)
#### IN VIOLATION OF TITLE 18 UNITED STATES CODE, SECTIONS 2 & 1347

1.    The Grand Jury incorporates by reference paragraphs 1 -40 of Count 1 of this Indictment as though fully reasserted and realleged herein.

2.    On or about each of the dates set forth in the chart below, in the Western District of Tennessee, the defendant,

------------------------------------ RANDE LAZAR -------------------------------------

did knowingly and wilfully execute, and attempt to execute, the aforesaid scheme and artifice to defraud and to obtain money under the custody and control of the health care benefit programs listed in the chart below, by means of false and fraudulent pretenses, representations, and promises, in that he submitted and caused to be submitted a claim in connection with the delivery of and payment for health care  benefits, items, and services for the medical procedures described in the chart, for the patient named in the chart; in violation of Title 18, United States Code, Sections 1347 and 2.

## Billings for Frontal Sinus Surgeries:

Health care benefit program is abbreviated in the chart below as HCB Program.

| Count | Patient Name, HCB Program, Total Amount Billed, Amount Billed for Frontal Sinus Surgery | Age | On or About Date | Procedures Billed |
|---|---|---|---|---|
| 2 | Jane Doe 2<br><br>Blue Cross of Tennessee<br><br>$14,130/<br>$3,260 for frontal sinus surgery | 2 | 01/25/02 | Tonsillectomy, Adenoidectomy, right and left anterior and posterior ethmoidectomies, right/left nasal endoscopy, right/left sphenoidectomy, **right/left frontal sinusotomy**, right/left maxillary sinus antrostomy, out-fracture of inferior turbinates, right/left, right and left tympanostomy with placement of T-tubes |
| 3 | John Doe 1<br><br>Blue Cross Blue Shield<br><br>$13,703/<br>$3,260 for frontal sinus surgery | 1 | 01/27/99 | Adenotonsillectomy, right and left anterior and posterior ethmoidectomies, right/left nasal endoscopy, right/left sphenoidectomy, **right/left frontal sinusotomy**, right/left maxillary sinus antrostomy, bilateral myringotomy with tympanostomy tubes insertion after removal of pressure-equalization tube from the left middle ear space |
| 4 | John Doe 2<br><br>Municipal Health Benefit<br><br>$10,970/<br>$3,260 for frontal sinus surgery | 2 | 04/14/00 | Adenoidectomy, tonsillectomy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right/left middle meatal antrostomy |
| 5 | John Doe 3<br><br>Benefit Management System<br><br>$14,716/<br>$3,260 for frontal sinus surgery | 2 | 03/09/01 | Tonsillectomy, Adenoidectomy, right and left anterior and posterior ethmoidectomies, right/left nasal endoscopy, right/left sphenoidectomy, **right/left frontal sinusotomy**, right/left middle meatal antrostomy, out-fracture of inferior turbinates, right/left, Myringotomy with insertion of T tubes AU |

14

| Count | Patient Name, HCB Program, Total Amount Billed, Amount Billed for Frontal Sinus Surgery | Age | On or About Date | Procedures Billed |
|---|---|---|---|---|
| 6 | Jane Doe 3 \n\n TRICARE \n\n $12,844/ $3,260 for frontal sinus surgery | 2 | 07/31/99 | Adenoidectomy, tonsillectomy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right/left maxillary antrostomy |
| 7 | John Doe 4 \n\n Blue Cross of Memphis \n\n $12,970/ $3,260 for frontal sinus surgery | 2 | 12/29/99 | Removal of PE tubes from external auditory canal, AU, bilateral myringotomy and insertion of T-tubes, bilateral anterior, middle and posterior ethmoidectomy, **bilateral frontal sinusotomy**, bilateral middle meatal antrostomy and sphenoidotomy |
| 8 | John Doe 4 \n\n Blue Cross of Tennessee \n\n $11,536/ $3,260 for frontal sinus surgery | 3 | 01/05/01 | Right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right/left middle meatal antrostomy, out-fracture of inferior turbinates, right/left |
| 9 | John Doe 5 \n\n Blue Cross of Tennessee \n\n $13,780/ $3,260 for frontal sinus surgery | 1 | 12/27/00 | Adenoidectomy, tonsillectomy, myringotomy with insertion of T-tubes, AU, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right/left middle meatal antrostomy, out-fracture of inferior turbinates, right and left |
| 10 | Jane Doe 4 \n\n Blue Cross of Tennessee \n\n $12,743/ $3,260 for frontal sinus surgery | 5 | 04/11/01 | Removal of tympanostomy tube, AU, insertion of T tube, AD, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right/left middle meatal antrostomy, out-fracture of inferior turbinates, right/left |

| Count | Patient Name, HCB Program, Total Amount Billed, Amount Billed for Frontal Sinus Surgery | Age | On or About Date | Procedures Billed |
|---|---|---|---|---|
| 11 | Jane Doe 5<br><br>American Medical Security<br><br>$15,193/<br>$3,260 for frontal sinus surgery | 2 | 01/17/01 | Direct laryngoscopy and bronchoscopy with biopsy of tracheal mucosa, adenoidectomy, myringotomy with insertion of T tube, AU, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right/left middle meatal antrostomy, out-fracture of inferior turbinates, right/left |
| 12 | John Doe 6<br><br>Blue Cross of Memphis<br><br>$12,835<br>$3,260 for frontal sinus surgery | 2 | 12/29/99 | Bilateral myringotomy and T tubes, revision adenoidectomy, tonsillectomy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right/left middle meatal antrostomy |
| 13 | John Doe 7<br><br>Acclaim Repricing<br><br>$13,440/<br>$3,260 for frontal sinus surgery | 3 | 03/12/99 | Right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right/left maxillary sinusotomy, adenoidectomy, removal of PE tubes and placement of T tubes |
| 14 | John Doe 8<br><br>Blue Cross of Tennessee<br><br>$12,583<br>$3,260 for frontal sinus surgery | 1 | 02/09/00 | Tonsillectomy, adenoidectomy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right/left middle meatal antrostomy, right partial middle turbinectomy |
| 15 | John Doe 9<br><br>$11,504/<br>$3,260 for frontal sinus surgery | 3 | 09/10/99 | Examination under anesthesia of ears and dewaxing, bilateral nasal endoscopy, bilateral anterior and posterior ethmoidectomies, bilateral sphenoidectomy, **bilateral frontal sinusotomy**, bilateral middle meatal antrostomy |

| Count | Patient Name, HCB Program, Total Amount Billed, Amount Billed for Frontal Sinus Surgery | Age | On or About Date | Procedures Billed |
|---|---|---|---|---|
| 16 | Jane Doe 6<br><br>CIGNA<br><br>$12,986/<br>$3,260 for frontal sinus surgery | 3 | 03/15/01 | Adenoidectomy, right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right/left maxillary antrostomy, right and left out-fracturing of inferior turbinates |
| 17 | John Doe 10<br><br>Blue Cross of Tennessee<br><br>$14,130/<br>$3,260 for frontal sinus surgery | 2 | 05/02/02 | Tonsillectomy, adenoidectomy, right and left tympanostomy with placement of T tubes, out-fracture right and left inferior turbinates, right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right/left maxillary sinus antrostomy |
| 18 | John Doe 11<br><br>CIGNA<br><br>$14,118/<br>$3,260 for frontal sinus surgery | 3 | 04/06/01 | Tonsillectomy, adenoidectomy, Myringotomy with insertion of T tubes, AU, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right/left middle meatal antrostomy, Out-fracture of inferior turbinates, right and left |
| 19 | John Doe 12<br><br>United Health Care<br><br>$13,679/<br>$3,260 for frontal sinus surgery | 4 | 12/22/00 | Right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right/left maxillary sinus antrostomy, right and left sinus antrostomy, right and left out-fracturing of inferior turbinates, right and left tympanostomy with placement of Rube T-tubes |
| 20 | John Doe 13<br><br>Blue Cross Memphis Federal<br><br>$13,380/<br>$3,260 for frontal sinus surgery | 3 | 04/05/01 | Right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right/left maxillary sinus antrostomy, right and left out-fracturing of inferior turbinates, right and left tympanostomy with placement of Rube T-tubes |

| Count | Patient Name, HCB Program, Total Amount Billed, Amount Billed for Frontal Sinus Surgery | Age | On or About Date | Procedures Billed |
|---|---|---|---|---|
| 21 | John Doe 14<br><br>AETNA US Health 60054<br><br>$14,445/<br>$3,260 for frontal sinus surgery | 3 | 08/10/01 | Tonsillectomy, adenoidectomy, T tubes, right and left, and Right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, right/left frontal sinusotomy, right/left maxillary sinus antrostomy, right and left sinus antrostomy, right and left out-fracturing of inferior turbinates, |
| 22 | John Doe 15<br><br>CIGNA<br><br>$12,576/<br>$3,260 for frontal sinus surgery | 1 | 11/24/99 | Right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, right/left frontal sinusotomy, right/left middle meatal antrostomy, Adenoidectomy |
| 23 | John Doe 16<br><br>AETNA US Healthcare<br><br>$13,266/<br>$3,260 for frontal sinus surgery | 3 | 05/16/02 | Tonsillectomy, adenoidectomy, right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, right/left frontal sinusotomy, right/left maxillary sinus antrostomy, right and left sinus antrostomy, right and left out-fracturing of inferior turbinates |
| 24 | Jane Doe 7<br><br>CIGNA<br><br>$13,680/<br>$3,260 for frontal sinus surgery | 3 | 12/28/00 | Tonsillectomy, revision adenoidectomy, right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, right/left frontal sinusotomy, right/left maxillary sinus antrostomy, right and left sinus antrostomy, right and left out-fracturing of inferior turbinates |
| 25 | John Doe 17<br><br>American Medical Security<br><br>$13,440/<br>$3,260 for frontal sinus surgery | 3 | 01/26/00 | Bilateral myringotomy with insertion of PE tubes, adenoidectomy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, right/left frontal sinusotomy, right/left middle meatal antrostomy |

| Count | Patient Name, HCB Program, Total Amount Billed, Amount Billed for Frontal Sinus Surgery | Age | On or About Date | Procedures Billed |
|---|---|---|---|---|
| 26 | Jane Doe 8<br><br>Humana Employers Health<br><br>$14,431/<br>$3,260 for frontal sinus surgery | 4 | 05/09/01 | Tonsillectomy, adenoidectomy, Myringotomy with insertion of T tubes, AU, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right/left inferior meatal antrostomy, right and left out-fracturing of inferior turbinates |
| 27 | John Doe 18<br><br>Southern Health Plan Inc.<br><br>$12,375/<br>$3,260 for frontal sinus surgery | 2 | 01/05/00 | Removal of left T tubes, insertion of right T tube, Tonsillectomy, lateral adenoidectomy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right/left maxillary middle meatal antrostomy, |
| 28 | John Doe 19<br><br>First Health<br><br>$13,816/<br>$3,260 for frontal sinus surgery | 2 | 03/13/02 | Tonsillectomy, adenoidectomy, right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right/left maxillary sinus antrostomy, right and left sinus antrostomy, right and left out-fracturing of inferior turbinates |
| 29 | John Doe 20<br><br>United Healthcare<br><br>$11,376/<br>$3,260 for frontal sinus surgery | 3 | 03/31/99 | Adenoidectomy, right and left anterior, middle and posterior ethmoidectomies, **right/left frontal sinusotomy**, right/left maxillary sinusotomy, middle meatal antrostomy |
| 30 | John Doe 21<br><br>Blue Cross of Tennessee<br><br>$14,035/<br>$3,260 for frontal sinus surgery | 3 | 03/08/00 | Tonsillectomy, bilateral anterior and posterior ethmoidectomies, bilateral sphenoidectomy, **bilateral frontal sinusotomy**, bilateral middle meatal antrostomy, myringotomy with insertion of tympanostomy tubes, AU |

19

| Count | Patient Name, HCB Program, Total Amount Billed, Amount Billed for Frontal Sinus Surgery | Age | On or About Date | Procedures Billed |
|---|---|---|---|---|
| 31 | John Doe 22<br><br>United Healthcare<br><br>$14,030/<br>$3,260 for frontal sinus surgery | 2 | 03/29/02 | Adenoidectomy, right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, right/left frontal sinusotomy, right/left maxillary sinus antrostomy, right and left out-fracturing of inferior turbinates, right and left tympanostomy with placement of T tubes |
| 32 | Jane Doe 9<br><br>Humana Employers Health<br><br>$12,006/<br>$3,260 for frontal sinus surgery | 4 | 12/14/00 | Adenoidectomy, right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, right/left frontal sinusotomy, right/left maxillary sinus antrostomy, right and left out-fracturing of inferior turbinates |
| 33 | John Doe 23<br><br>American Medical Security<br><br>$15,418/<br>$3,260 for frontal sinus surgery | 1 | 04/13/01 | Right and left nasal endoscopy, left endoscopic anterior and posterior ethmoidectomy, left endoscopic sphenoidotomy, left endoscopic frontal sinusotomy, left endoscopic middle meatal antrostomy, harvesting of abdominal fat for abdominal fat plug, closure of left nasal cerebrospinal fluid leak using fat graft |
| 34 | Jane Doe 10<br><br>CIGNA<br><br>$14,035/<br>$3,260 for frontal sinus surgery | 3 | 06/21/00 | Tonsillectomy, adenoidectomy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, right/left frontal sinusotomy, right/left middle meatal antrostomy, Myringotomy with insertion of T tubes, AD/AS |
| 35 | Jane Doe 11<br><br>Mailhandlers Benefit Plan<br><br>$14,118/<br>$3,260 for frontal sinus surgery | 1 | 04/06/01 | Adenotonsillar hyperplasia, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, right/left frontal sinusotomy, right/left middle meatal antrostomy, Myringotomy with insertion of T tubes, AD/AS, out-fracture of inferior turbinates, right and left |

| Count | Patient Name, HCB Program, Total Amount Billed, Amount Billed for Frontal Sinus Surgery | Age | On or About Date | Procedures Billed |
|---|---|---|---|---|
| 36 | John Doe 24<br><br>Acclaim Medical Services<br><br>$12,054/<br>$3,260 for frontal sinus surgery | 4 | 12/10/99 | Bilateral myringotomy with T tubes, tonsillectomy, adenoidectomy, right and left anterior, middle and posterior ethmoidectomies, right/left sphenoidectomy, right/left frontal sinusotomy, bilateral middle meatal antrostomy |
| 37 | John Doe 25<br><br>Blue Cross of Tennessee<br><br>$13,850/<br>$3,260 for frontal sinus surgery | 2 | 01/26/01 | Bilateral myringotomy with T tubes, adenoidectomy, right and left anterior, middle and posterior ethmoidectomies, right/left sphenoidectomy, right/left frontal sinusotomy, right and left middle meatal antrostomy, out-fracturing of inferior turbinates, right and left |
| 38 | John Doe 26<br><br>AETNA<br><br>$12,405/<br>$3,260 for frontal sinus surgery | 4 | 11/03/00 | Adenoidectomy, right and left anterior, middle and posterior ethmoidectomies, right/left sphenoidectomy, right/left frontal sinusotomy, right and left middle meatal antrostomy, out-fracturing of inferior turbinates, left and right |
| 39 | Jane Doe 12<br><br>Central States Insurance<br><br>$12,516/<br>$3,260 for frontal sinus surgery | 2 | 01/11/01 | Right and left nasal endoscopy, right and left anterior, middle and posterior ethmoidectomies, right/left sphenoidectomy, right/left frontal sinusotomy, right and left maxillary sinus antrostomy, right and left out-fracturing of inferior turbinates |
| 40 | Jane Doe 13<br><br>Employers Health<br><br>$11,971/<br>$3,260 for frontal sinus surgery | 2 | 04/16/99 | Tonsillectomy, revision adenoidectomy, right and left endoscopy examination under anesthesia with anterior and posterior ethmoidectomies, right/left sphenoidectomy, right/left frontal sinusotomy, right and left maxillary antrostomy |
| 41 | Jane Doe 14<br><br>Blue Cross of Arkansas<br><br>$13,254/<br>$3,260 for frontal sinus surgery | 4 | 04/11/01 | Tonsillectomy, adenoidectomy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, right/left frontal sinusotomy, right and left middle meatal antrostomy, out-fracturing of inferior turbinates, right and left |

| Count | Patient Name, HCB Program, Total Amount Billed, Amount Billed for Frontal Sinus Surgery | Age | On or About Date | Procedures Billed |
|---|---|---|---|---|
| 42 | Jane Doe 15<br><br>AETNA<br><br>$12,405/<br>$3,260 for frontal sinus surgery | 4 | 07/14/00 | Bilateral anterior and posterior ethmoidectomies, bilateral sphenoidectomy, **bilateral frontal sinusotomy**, bilateral middle meatal antrostomy |
| 43 | Jane Doe 16<br><br>United Healthcare<br><br>$14,130/<br>$3,260 for frontal sinus surgery | 3 | 02/21/02 | Tonsillectomy, adenoidectomy, right and left tympanostomy with placement of T-tubes, right and left out-fracturing inferior turbinates, right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right and left maxillary sinus antrostomies |
| 44 | Jane Doe 17<br><br>AETNA US Healthcare<br><br>$14,130/<br>$3,260 for frontal sinus surgery | 1 | 05/03/02 | Tonsillectomy, adenoidectomy, right and left tympanostomy with placement of T-tubes, right and left out-fracturing inferior turbinates, right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right and left maxillary sinus antrostomies |
| 45 | John Doe 27<br><br>Blue Cross of Tennessee<br><br>$13,440/<br>$3,260 for frontal sinus surgery | 1 | 12/31/99 | Adenoidectomy, right and left tympanostomy with placement of T-tubes, right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right and left maxillary sinus antrostomies |
| 46 | John Doe 28<br><br>CIGNA<br><br>$14,118/<br>$3,260 for frontal sinus surgery | 2 | 03/22/01 | Adenotonsillectomy, right and left tympanostomy with placement of modified T-tubes, right and left out-fracturing inferior turbinates, right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right and left maxillary sinus antrostomies |

22

| Count | Patient Name, HCB Program, Total Amount Billed, Amount Billed for Frontal Sinus Surgery | Age | On or About Date | Procedures Billed |
|-------|------|-----|-----|------|
| 47 | John Doe 29<br><br>TennCare Select<br><br>$18,008/<br>$3,260 for frontal sinus surgery | 3 | 10/05/01 | Right and left out-fracturing inferior turbinates, right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right and left maxillary sinus antrostomies, Diagnostic laryngoscopy and bronchoscopy, examination under anesthesia, right and left ears |
| 48 | John Doe 30<br><br>Blue Cross of Tennessee<br><br>$14,118/<br>$3,260 for frontal sinus surgery | 2 | 12/29/00 | Tonsillectomy, adenoidectomy, right and left tympanostomy with placement of T-tubes, right and left out-fracturing inferior turbinates, right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right and left maxillary sinus antrostomies, right and left sinus antrostomy |
| 49 | John Doe 31<br><br>Prudential Healthcare<br><br>$13,338/<br>$3,260 for frontal sinus surgery | 2 | 01/12/01 | Right and left out-fracturing inferior turbinates, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right and left middle meatal antrostomy, myringotomy with insertion of T tubes, AU |
| 50 | Jane Doe 18<br><br>Baptist and Physicians<br><br>$14,035/<br>$3,260 for frontal sinus surgery | 2 | 04/29/99 | Tonsillectomy, revision adenoidectomy, right and left tympanostomy with placement of T-tubes, right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right and left maxillary sinus antrostomies |
| 51 | Jane Doe 18<br><br>Baptist and Physicians<br><br>$3,260 for frontal sinus surgery | 3 | 11/27/99 | Direct Laryngoscopy, Bronchoscopy, Tracheal biopsy, right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right and left maxillary sinus antrostomies |

| Count | Patient Name, HCB Program, Total Amount Billed, Amount Billed for Frontal Sinus Surgery | Age | On or About Date | Procedures Billed |
|---|---|---|---|---|
| 52 | John Doe 32<br><br>Arkansas First Source<br><br>$13,266/<br>$3,260 for frontal sinus surgery | 2 | 08/17/01 | Adenoidectomy, right and left out-fracturing inferior turbinates, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right and left maxillary sinus antrostomies |
| 53 | Jane Doe 19<br><br>Blue Cross/HMO Blue<br><br>$12,240/<br>$3,260 for frontal sinus surgery | 3 | 04/07/99 | Right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right and left maxillary sinus antrostomies |
| 54 | John Doe 33<br><br>Benefit Concepts<br><br>$14,118/<br>$3,260 for frontal sinus surgery | 4 | 11/02/00 | Tonsillectomy, adenoidectomy, right and left tympanostomy with placement of T-tubes, right and left out-fracturing inferior turbinates, right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right and left maxillary sinus antrostomies |
| 55 | John Doe 34<br><br>Blue Cross of Tennessee<br><br>$14,130/<br>$3,260 for frontal sinus surgery | 2 | 09/06/02 | Tonsillectomy, adenoidectomy, right and left tympanostomy with placement of T-tubes, right and left out-fracturing inferior turbinates, right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right and left maxillary sinus antrostomies |
| 56 | John Doe 35<br><br>Pittman and Associates<br><br>$12,516/<br>$3,260 for frontal sinus surgery | 2 | 02/08/02 | Right and left out-fracturing inferior turbinates, right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right and left maxillary sinus antrostomies |

| Count | Patient Name, HCB Program, Total Amount Billed, Amount Billed for Frontal Sinus Surgery | Age | On or About Date | Procedures Billed |
|---|---|---|---|---|
| 57 | Jane Doe 20<br><br>Acclaim Repricing<br><br>$12,835/<br>$3,260 for frontal sinus surgery | 2 | 01/29/99 | Right and left examination under anesthesia with anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right and left maxillary sinus antrostomies, bilateral examination under anesthesia of the ears with removal of dysfunctional tympanostomy tube from the left tympanic with placement of a new T tube, and adenotonsillectomy |
| 58 | John Doe 36<br><br>Tender Loving Care<br><br>$14,854/<br>$3,260 for frontal sinus surgery | 4 | 03/22/02 | Tonsillectomy, adenoidectomy, right and left out-fracturing inferior turbinates, right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right and left maxillary sinus antrostomies, right and left nasal cautery |
| 59 | John Doe 37<br><br>Blue Cross Blue Shield of Mississippi<br><br>$13,266/<br>$3,260 for frontal sinus surgery | 1 | 01/16/02 | Tonsillectomy, adenoidectomy, right and left out-fracturing inferior turbinates, right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right and left maxillary sinus antrostomies |
| 60 | Jane Doe 21<br><br>Anthem Health Capp Care<br><br>$14,313/<br>$3,260 for frontal sinus surgery | 2 | 09/27/00 | Direct Laryngoscopy with biopsy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right and left middle meatal antrostomy, Myringotomy with insertion of T tubes, AU |
| 61 | Jane Doe 22<br><br>Blue Cross of Tennessee<br><br>$14,619/<br>$3,260 for frontal sinus surgery | 2 | 11/07/01 | Tonsillectomy, adenoidectomy, right and left tympanostomy with placement of T-tubes, right and left out-fracturing inferior turbinates, right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right and left maxillary sinus antrostomies |

| Count | Patient Name, HCB Program, Total Amount Billed, Amount Billed for Frontal Sinus Surgery | Age | On or About Date | Procedures Billed |
|---|---|---|---|---|
| 62 | John Doe 38<br><br>Pittman and Associates<br><br>$13,266/<br>$3,260 for frontal sinus surgery | 3 | 06/08/02 | Tonsillectomy, adenoidectomy, right and left out-fracturing inferior turbinates, right and left posterior nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right and left maxillary sinus antrostomies |
| 63 | Jane Doe 23<br><br>CIGNA<br><br>$12,844/<br>$3,260 for frontal sinus surgery | 2 | 01/10/00 | Tonsillectomy, adenoidectomy, right and left tympanostomy with placement of T-tubes, right and left nasal endoscopy, right and left anterior and posterior ethmoidectomies, right/left sphenoidectomy, **right/left frontal sinusotomy**, right and left maxillary sinus antrostomies |

## COUNTS 64-99

### HEALTH CARE FRAUD
### EXECUTION OF THE BILLING SCHEME (UPCODING)
### IN VIOLATION OF TITLE 18 UNITED STATES CODE, SECTIONS 2 & 1347

1.       The Grand Jury incorporates by reference paragraphs 1 - 40 of Count 1 of this Indictment as though fully reasserted and realleged herein.

2.       On or about each of the dates set forth in the chart below, in the Western District of Tennessee, the defendant,

----------------------------------- RANDE LAZAR  ------------------------------------------------

did knowingly and wilfully execute, and attempt to execute, the aforesaid scheme and artifice to defraud and to obtain money under the custody and control of the health care benefit programs listed in the chart below, by means of false and fraudulent pretenses, representations, and promises, in that he submitted and caused to be submitted a claim in connection with the delivery of and payment for health care benefits, items, and services, listed by CPT code, and billed as set forth in the chart below, for the patient named in the chart, that is, the defendant falsely billed and caused to be billed for a level of service that he did not provide; in violation of Title 18, United States Code, Sections 1347 and 2.

## These Office Visits Were Upcoded for the Following Patients:

| Count | Patient & Health Care Benefit Program | On or About Date | Office Visit Billed as Code |
|-------|---------------------------------------|------------------|-----------------------------|
| 64 | Jane Doe 1<br><br>Prudential Health Care | 04/20/01 | 99213 |
| 65 | Jane Doe 2<br><br>Blue Cross of Tennessee | 03/21/02 | 99213 |
| 66 | John Doe 1<br><br>Blue Cross Blue Shield | 03/11/99 | 99213 |
| 67 | Jane Doe 3<br><br>TRICARE | 06/25/99 | 99203 |
| 68 | John Doe 4<br><br>Blue Cross of Tennessee | 06/11/99 | 99203 |
| 69 | John Doe 39<br><br>AETNA | 03/22/99 | 99213 |
| 70 | Jane Doe 5<br><br>American Medical Security | 01/04/01 | 99203 |

| Count | Patient & Health Care Benefit Program | On or About Date | Office Visit Billed as Code |
|-------|----------------------------------------|------------------|------------------------------|
| 71 | John Doe 6<br><br>Blue Cross of Memphis | 01/29/99 | 99213 |
| 72 | John Doe 7<br><br>Acclaim Repricing | 02/22/99 | 99213 |
| 73 | Jane Doe 6<br><br>CIGNA | 01/29/01 | 99203 |
| 74 | John Doe 10<br><br>Blue Cross of Tennessee | 01/17/01 | 99203 |
| 75 | John Doe 11<br><br>CIGNA | 05/16/01 | 99213 |
| 76 | John Doe 14<br><br>AETNA US Health | 02/07/00 | 99203 |
| 77 | John Doe 15<br><br>CIGNA | 10/11/99 | 99203 |
| 78 | Jane Doe 7<br><br>CIGNA | 02/25/99 | 99213 |

| Count | Patient & Health Care Benefit Program | On or About Date | Office Visit Billed as Code |
|-------|----------------------------------------|------------------|------------------------------|
| 79 | John Doe 17<br><br>American Medical Security | 01/18/00 | 99203 |
| 80 | Jane Doe 8<br><br>Humana Employers Health | 01/11/00 | 99213 |
| 81 | John Doe 40<br><br>Prudential HealthCare | 12/14/01 | 99213 |
| 82 | John Doe 21<br><br>Blue Cross of Tennessee | 02/25/00 | 99213 |
| 83 | John Doe 22<br><br>United HealthCare | 02/27/01 | 99203 |
| 84 | Jane Doe 9<br><br>Humana Employers | 11/16/00 | 99203 |
| 85 | Jane Doe 10<br><br>CIGNA | 09/07/99 | 99203 |
| 86 | Jane Doe 10<br><br>CIGNA | 07/13/00 | 99213 |

| Count | Patient & Health Care Benefit Program | On or About Date | Office Visit Billed as Code |
|---|---|---|---|
| 87 | Jane Doe 10 <br><br> CIGNA | 08/24/00 | 99213 |
| 88 | John Doe 24 <br><br> Acclaim Medical Services | 11/30/99 | 99203 |
| 89 | John Doe 25 <br><br> Blue Cross of Tennessee | 11/30/00 | 99203 |
| 90 | John Doe 26 <br><br> AETNA | 10/10/00 | 99203 |
| 91 | Jane Doe 14 <br><br> Blue Cross of Arkansas | 03/07/01 | 99203 |
| 92 | Jane Doe 15 <br><br> AETNA | 07/16/99 | 99203 |
| 93 | John Doe 41 <br><br> Blue Cross Memphis <br> Federal | 11/22/00 | 99203 |
| 94 | John Doe 42 <br><br> Blue Cross of Tennessee | 09/06/00 | 99203 |

| Count | Patient & Health Care Benefit Program | On or About Date | Office Visit Billed as Code |
|---|---|---|---|
| 95 | John Doe 28<br><br>CIGNA | 03/09/00 | 99203 |
| 96 | John Doe 30<br><br>Blue Cross of Tennessee | 12/06/00 | 99203 |
| 97 | John Doe 31<br><br>Prudential HealthCare | 12/14/00 | 99203 |
| 98 | Jane Doe 19<br><br>Blue Cross/HMO Blue | 04/01/99 | 99213 |
| 99 | John Doe 33<br><br>Benefit Concepts | 10/12/00 | 99203 |

## COUNTS 100-105

### HEALTH CARE FRAUD
### EXECUTION OF THE BILLING SCHEME (SERVICES PROVIDED BY FELLOWS)
### IN VIOLATION OF TITLE 18 UNITED STATES CODE, SECTIONS 2 & 1347

1.      The Grand Jury incorporates by reference paragraphs 1 - 40 of Count 1 of this Indictment as though fully reasserted and realleged herein.

2.      On or about each of the dates set forth in the chart below, in the Western District of Tennessee, the defendant,

------------------------------------ **RANDE LAZAR** ------------------------------------

did knowingly and wilfully execute, and attempt to execute, the aforesaid scheme and artifice to defraud and to obtain money under the custody and control of the health care benefit programs listed in the chart below, by means of false and fraudulent pretenses, representations, and promises, in that he submitted and caused to be submitted claims in connection with the delivery of and payment for health care benefits, items, and services, wherein he falsely certified that he provided medical services for the patient named in the chart below; in violation of Title 18, United States Code, Sections 1347 and 2.

33

## False Certifications for Payment :

| Count | Patient & Health Care Benefit Program | On or About Date | Performed by Fellow/Billed by Lazar |
|-------|---------------------------------------|------------------|-------------------------------------|
| 100 | John Doe 43<br><br>Blue Care | 07/13/00 | Dr. Vincent Luz at LeBonheur Central |
| 101 | John Doe 44<br><br>Blue Care | 07/13/00 | Dr. Vincent Luz at LeBonheur Central |
| 102 | Jane Doe 24<br><br>Blue Care | 08/10/00 | Dr. Vincent Luz at LeBonheur Central |
| 103 | Jane Doe 25<br><br>TLC | 08/17/00 | Dr. Vincent Luz at LeBonheur Central |
| 104 | John Doe 45<br><br>TLC | 08/17/00 | Dr. Vincent Luz at LeBonheur Central |
| 105 | Jane Doe 26<br><br>Blue Care | 08/24/00 | Dr. Vincent Luz at LeBonheur Central |

## COUNTS 106-115

## HEALTH CARE FRAUD
## EXECUTION OF THE BILLING SCHEME (DYERSBURG)
## IN VIOLATION OF TITLE 18 UNITED STATES CODE, SECTIONS 2 & 1347

1.    The Grand Jury incorporates by reference paragraphs 1 - 40 of Count 1 of this Indictment as though fully reasserted and realleged herein.

2.    On or about each of the dates set forth in the chart below, in the Western District of Tennessee, the defendant,

------------------------------------- RANDE LAZAR ------------------------------------------

did knowingly and wilfully execute, and attempt to execute, the aforesaid scheme and artifice to defraud and to obtain money under the custody and control of the health care benefits programs listed in the chart below, by means of false and fraudulent pretenses, representations, and promises, in that the defendant submitted and caused to be submitted claims in connection with the delivery of and payment for health care benefits, items, and services for the patients named in the chart, that is, he falsely certified and caused to be falsely certified that medical services provided by Dr. Freeman had been performed by Dr. Younis, who was, at that time out of the country; in violation of Title 18, United States Code, Sections 1347 and 2.

35

## Billings for Services in Dyersburg:

| Count | Patient Name & Health Care Benefit Program | On or About Date | Provider's Name per Billing Records |
|-------|---------------------------------------------|-------------------|-------------------------------------|
| 106 | Jane Doe 27 <br><br> CIGNA/Medicare | 01/21/99 | Dr. Younis |
| 107 | Jane Doe 28 <br><br> Blue Care/TennCare | 02/03/99 | Dr. Younis |
| 108 | Jane Doe 29 <br><br> CIGNA/Medicare | 02/08/99 | Dr. Younis |
| 109 | Jane Doe 30 <br><br> Blue Care/TennCare | 02/18/99 | Dr. Younis |
| 110 | John Doe 46 <br><br> Blue Care/TennCare | 02/25/99 | Dr. Younis |
| 111 | John Doe 47 <br><br> Blue Care/TennCare | 03/02/99 | Dr. Younis |
| 112 | John Doe 48 <br><br> Blue Care/TennCare | 03/16/99 | Dr. Younis |
| 113 | Jane Doe 31 <br><br> Blue Care/TennCare | 3/18/99 | Dr. Younis |

36

| Count | Patient Name & Health Care Benefit Program | On or About Date | Provider's Name per Billing Records |
|-------|--------------------------------------------|------------------|-------------------------------------|
| 114 | Jane Doe 32<br><br>Blue Care/TennCare | 03/25/99 | Dr. Younis |
| 115 | John Doe 49<br><br>CIGNA/Medicare | 03/30/99 | Dr. Younis |

1-20-04
_____
DATE

_____
UNITED STATES ATTORNEY

A TRUE BILL.

_____
FOREPERSON

37