# EXHIBIT 2

Case 1:05-cv-01370-RBW     Document 13-3     Filed 05/02/2006     Page 1 of 3



**U.S. Department of Justice**

United States Attorney's Office
Western District of Tennessee

800 Federal Office Building   Ph:  (901) 544-4231
Memphis, Tennessee 38103    Fax: (901) 544-4230
                            TTY: (901) 544-3054

# PRESS RELEASE

FOR IMMEDIATE RELEASE                FOR FURTHER INFORMATION
                                     CONTACT:  LEIGH ANNE JORDON
                                                      (901) 544-4231

January 20, 2004

## Local Pediatric ENT Indicted for Insurance Fraud

**Memphis, TN** - Terrell L. Harris, United States Attorney for the Western District of Tennessee announced today that a federal grand jury has returned a 115 count indictment against RANDE LAZAR.

As stated in the indictment, LAZAR received his medical training, education, and degree from the Universidad Autonoma de Guadalajara, Mexico. In 1985, the defendant was granted a Tennessee Medical License but is not a board certified Otolaryngologist. LAZAR has practiced as a physician at Otolaryngology Consultants of Memphis (OCM).

According to the indictment, LAZAR submitted false claims for payment to healthcare benefit programs from a period of time beginning as early as 1996 and continuing until the present. As part of the billing scheme, the indictment notes that LAZAR billed for performing frontal sinus surgery on over 100 children age five and younger, when in fact, the defendant knew that he did not perform the surgery and it was not medically necessary. The indictment further states that children are not born with frontal sinuses and usually begin to develop them around age seven or eight.

The indictment alleges that it was further part of the billing scheme that LAZAR would require OCM "fellows", doctors who performed surgery on TennCare and MediCaid patients, to falsify some operative notes to reflect LAZAR as the surgeon who performed the surgery. LAZAR allegedly billed for medical services, including surgeries, under his provider number, certifying that he provided the medical services, when in fact the services were provided by fellows whom he did not seek to have credentialed. As stated in the indictment, LAZAR required the fellows and OCM staff to list him on the operative notes and the billing forms as the surgeon who performed the procedures rather than the fellow who actually operated.

The indictment notes that as part of the billing scheme, LAZAR typically saw 60-80

patients from 12:00 noon to 5:00pm and billed codes indicating that he had face-to-face visits with patients which lasted 15-30 minutes. According to the indictment, LAZAR would use various methods to ensure that he was with a patient no more than 10 minutes and that he would bill for office visits following surgery knowing that the follow-up visits were already included in the reimbursement for the surgery.

The indictment further alleges that LAZAR hired Dr. Gordon Freeman to treat patients at the Dyersburg office and that LAZAR did not require Dr. Freeman to become credentialed. It is further noted that LAZAR directed his staff to use another doctor's name and provider number on claims for services provided by Dr. Gordon Freeman and that LAZAR continued to bill for the services of Dr. Freeman under the other doctor's name and provider number even after that doctor resigned from OCM, left the United States, and returned to Lebanon.

This indictment is a result of an investigation by the Tennessee Bureau of Investigation-Medicaid Fraud Control Unit and the Federal Bureau of Investigation. Assistant United States Attorney's Kevin Whitmore and Cam Jones are handling the case for the government.

# # # #

*Note: Charges brought against a person through an indictment are accusations only. That person is presumed innocent until and unless proven guilty.*