# EXHIBIT 4

FROM U. S. ATTTORNEY'S    OFFICE    (WED) 3. 15' 06 18:49/ST. 18:48/NO. 4861391872 P   2



**U.S. Department of Justice**

Kenneth L. Wainstein,
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

March 15, 2006

Mary Gately, Esquire
DLA Piper Rudnick Gray Cary
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412

BY FACSIMILE TRANSMISSION ((202) 223-2085) AND FIRST CLASS MAIL

  Re: Lazar v. OPM, Civ. No. 05-1370 (RBW) (D.D.C.)

Dear Ms. Gately:

  This is in response to your letter of February 22, 2006, regarding the content of the administrative record in the above-referenced matter. In paragraphs two and three of your letter, you inquired about 1) documents evidencing communications between OPM and the U.S. Attorney's Office or the Department of Justice; and 2) Notes from the April 11, 2005 oral presentation. We note that such documents could be excluded from the administrative record as subject to certain protections and privileges, including but not limited to the deliberative process privilege, attorney-client, work product and other protections associated with the ongoing criminal case. At all events, no such faxes, notes, e-mails or other documents exist, with one exception. We have located a "Memorandum For The Record" created by Juan Smith relating to her inquiry to Mr. Larry Myers, the Department of Justice Fraud Investigator. A copy of that memorandum is attached, and we are willing to supplement the administrative record to include this document.

  You also inquired about the original indictment of Dr. Lazar. OPM did not possess nor rely on a copy of the original indictment in making its decision to suspend Dr. Lazar. The administrative record correctly includes a copy of the superceding indictment that OPM used in its determinations regarding suspension.

Accordingly, we believe that the administrative record is accurate and complete, with the exception of the above-referenced Memorandum For The Record.  If you have any questions about this matter, please contact me at (202) 514-7170.

Sincerely,

KENNETH L. WAINSTEIN
United States Attorney

By:     DORIS D. COLES-HUFF
Assistant United States Attorney

ENCLOSURE

FROM U. S. ATTTORNEY'S    OFFICE    (WED) 3. 15'06 18:49/ST. 18:48/NO. 4861391872 P 4

April 13, 2005

MEMORANDUM FOR THE RECORD – DR. RANDE LAZAR

Per request by OPM suspending official (SO), after the April 11, 2005 oral presentation by Sheldon Krantz, counsel for Dr. Lazar, I contacted Mr. Larry Myers, DOJ Fraud Investigator to discuss information conveyed to us by Dr. Lazar and his attorney (Mr. Krantz) and to obtain the scheduled trial date.

I advised Mr. Myers that Dr. Lazar and his attorney contend that the allegations in the indictment relate to technical errors, i.e., use of wrong CPT codes, etc.); that not a single allegation in the indictment relates to patients' health and safety.

Mr. Myers stated that Dr. Lazar's trial is scheduled for April 16, 2006. He further stated that there is certainly more involved than just technical errors. He stated that several of the children's parents have filed civil suits (5 or 6) against Dr. Lazar as result of the allegations in the indictment. He also referred me back to the superseding indictment, stating that clearly the allegations deal with the necessity of operations on these patients, that in most cases, these procedures were performed on the children when their CT scans showed no signs of disease.

Juan L. Smith
Senior Administrative Sanctions Analyst