UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DR. RANDE LAZAR, et al, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>OFFICE OF PERSONNEL )<br>MANAGEMENT, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1370 (RBW) |

**ORDER GRANTING MOTION FOR SUMMARY REVERSAL**

Upon consideration of Plaintiffs' Motion for Summary Reversal (the "Motion"), the Memorandum in support thereof, Defendant's opposition to the Motion, any oral argument by the parties, and the entire record herein, it is hereby **ORDERED** that:

1. The Motion is granted;

2. The suspension of Plaintiffs as providers under the Federal Employees Health Benefits Act is hereby set aside; and

3. The Officer of Personnel Management is hereby directed to reinstate Plaintiffs as providers under the Federal Employees Health Benefits Act.

It is **SO ORDERED** this _____ day of _____, 2006.

_____
REGGIE B. WALTON
United States District Judge

Copies to:

Mary E. Gately
DLA Piper Rudnick Gray Cary US LLP
1200 19th Street NW
Washington, D.C. 20036


Doris Coles-Huff
Assistant United States Attorney
555 4th St. NW, E-4216
Washington, D.C. 20530