UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. RANDE H. LAZAR, et al, )<br>)<br>Plaintiffs, )<br>)<br>)<br>-v-  )<br>)<br>OFFICE OF PERSONNEL )<br>MANAGEMENT, )<br>)<br>Defendant. )<br>_____ ) | Civ. No. 05-1370 (RBW) |

**<u>ORDER</u>**

UPON CONSIDERATION of Defendant's Opposition to Plaintiffs' Motion to Supplement the Administrative Record and Memorandum in Support Thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is DENIED; and it is

FURTHER ORDERED that the Court shall take judicial notice of the Original Indictment.

_____
UNITED STATES DISTRICT JUDGE

Doris D. Coles-Huff
Assistant U.S. Attorney
Judiciary Center
555 4th Street, N.W., E-4216
Washington, D.C.  20530
Doris.Coles@usdoj.gov

Mary Elizabeth Gately, Esq.
Piper Rudnick LLP
1200 19th Street, N.W.
Washington, D.C.  20036
mary.gately@dlapiper.com