**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DR. RANDE H. LAZAR, et al,        )
                                  )
                Plaintiffs,       )
                                  )
                                  )
-v-                               )   Civ. No. 05-1370 (RBW)
                                  )
OFFICE OF PERSONNEL               )
MANAGEMENT,                       )
                                  )
                Defendant.        )
_____ )

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), defendant hereby moves for an enlargement of time to June 15, 2006, within which to respond to plaintiffs' Motion For Summary Reversal.  Counsel for plaintiffs, Mary E. Gately, has consented to this motion.

Under the scheduling order currently governing proceedings in this case, defendant's Motion For Summary Affirmance is due June 1, 2006.  This is a matter challenging a determination by the defendant Agency and will require considerable input from Agency counsel.  In consenting to a prior request for extension of the briefing schedule filed by counsel for the plaintiffs, defendant's counsel failed to recognize that the revised briefing schedule for defendant's Motion For Summary Affirmance coincided with previously scheduled leave by Agency counsel during the week of May 8, 2006, and with previously scheduled leave by undersigned counsel, Doris Coles-Huff, over the intervening Memorial holiday.  In addition, Agency counsel has been occupied

by unanticipated emergency matters from May 15, 2006, and
expected to extend through and including June 1, 2006; and
undersigned counsel for defendant has been delayed by work on
other matters, including supervisory responsibility for various
filings and proceedings before this Court.  Undersigned counsel
for defendant has conferred with plaintiffs' counsel to confirm
that the proposed revised briefing scheduling does not conflict
with counsel's current schedule.  As such, defendant respectfully
requests that the deadline for filing its Motion For Summary
Affirmance be extended to June 15, 2006.

Defendant therefore proposes the following revised briefing
schedule:

Defendant's Motion For
Summary Affirmance due:          Thurs., June 15,
                                 2006

Plaintiffs' Reply Brief due:     Fri., July 7, 2006


A proposed order consistent with the foregoing is attached
hereto.

Respectfully submitted,

_____/S/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____/S /_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


_____/S /_____
DORIS D. COLES-HUFF, DC Bar #461437

- 2 -

```
Assistant United States Attorney
555 Fourth Street, N.W., E-4216
Washington, D.C.  20530
(202) 514-7170
Doris.Coles@usdoj.gov
```

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of May, 2006, a copy of the foregoing Defendant's Consent Motion For Enlargement of Time was served via the Court's electronic case filing system on:


        Mary Elizabeth Gately, Esq.
        mary.gately@dlapiper.com


                    / S /
        DORIS D. COLES-HUFF, D.C. Bar # 461437
        Assistant United States Attorney
        Doris.Coles@usdoj.gov