**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
DR. RANDE H. LAZAR, et al,    )
                              )
            Plaintiffs,       )
                              )
                              )
-v-                           )   Civ. No. 05-1370 (RBW)
                              )
OFFICE OF PERSONNEL           )
MANAGEMENT,                   )
                              )
            Defendant.        )
                              )
```

**ORDER**

UPON CONSIDERATION of Defendant's Consent Motion for Enlargement of Time, the grounds stated therefor, and the entire record herein, it is on this ___ day of May, 2006, hereby

ORDERED that Defendant's motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that the briefing schedule shall be amended as follows:

    Defendant's Motion For
    Summary Affirmance due:        Thurs., June 15, 2006

    Plaintiffs' Reply Brief due:      Fri., July 7, 2006

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Doris D. Coles-Huff
Assistant U.S. Attorney
Judiciary Center
555 4th Street, N.W., E-4216
Washington, D.C.  20530
Doris.Coles@usdoj.gov

Mary Elizabeth Gately, Esq.
Piper Rudnick LLP
1200 19th Street, N.W.
Washington, D.C.  20036
mary.gately@dlapiper.com