UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. RANDE H. LAZAR, et al, | ) |
| Plaintiffs, | ) |
| -v- | ) Civ. No. 05-1370 (RBW) |
| OFFICE OF PERSONNEL MANAGEMENT, | ) |
| Defendant. | ) |

**DEFENDANT'S CONSENT MOTION FOR FURTHER ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), defendant hereby moves for an enlargement of time to June 29, 2006, for further filings in this Court. Counsel for plaintiffs, Mary E. Gately, has consented to this motion.

Under the scheduling order currently governing proceedings in this case, defendant's Motion For Summary Affirmance is due June 15, 2006. The parties, generally, have reached terms for resolution of this matter and believe that it will be concluded without further proceedings in the Court. The additional time is needed to reduce the agreed terms to writing, to circulate the written agreement for final approval and signature by the parties, and for filing with this Court. Accordingly, defendant respectfully requests that the deadline for further filings in this matter be extended to June 29, 2006.

Respectfully submitted,

_____/S/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____/S /_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


_____/S /_____
DORIS D. COLES-HUFF, DC Bar #461437
Assistant United States Attorney
555 Fourth Street, N.W., E-4216
Washington, D.C.  20530
(202) 514-7170
Doris.Coles@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2006, a copy of the foregoing Defendant's Consent Motion For Enlargement of Time was served via the Court's electronic case filing system on:

Mary Elizabeth Gately, Esq.
mary.gately@dlapiper.com

/ S /
DORIS D. COLES-HUFF, D.C. Bar # 461437
Assistant United States Attorney
Doris.Coles@usdoj.gov