UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. RANDE LAZAR, ET AL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> -v- ) <br> ) <br> OFFICE OF PERSONNEL ) <br> MANAGEMENT, ) <br> ) <br> Defendant. ) <br> _____) | Civ. No. 05-1370 (RBW) |

## STIPULATION OF DISMISSAL OF APPEAL

Plaintiffs Dr. Rande Lazar and Otolaryngology Consultants of Memphis, P.C. (together, "Dr. Lazar") and defendant Office of Personnel Management ("OPM"), through their respective counsel, hereby stipulate to the dismissal of this appeal with prejudice. The parties further stipulate and agree that this dismissal shall be without prejudice to bringing a future appeal in the event of a future debarment, suspension, or other sanction by OPM.

Respectfully submitted,

_____/s/_____  
Mary E. Gately, DC Bar No. 419151  
DLA Piper Rudnick Gray Cary US LLP  
1200 Nineteenth Street, N.W.  
Washington, D.C. 20036-2412  
Telephone: 202.861.3900  

*Attorneys for Plaintiffs*

_____/s/_____  
Doris Coles-Huff, DC Bar No. 461437  
Assistant United States Attorney  
555 Fourth St. N.W., E-4216  
Washington, D.C. 20530  
Telephone: 202.514.7170  

*Attorney for Defendant*